IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| JESSE BOBO and<br>CAROLYN BOBO | PLAINTIFFS |
| VS.  CASE NO. 4:06-CV-4110 | |
| DR. DANIEL F. UMOH, M.D.,<br>MEDICAL PARK HOSPITAL, L.L.C.,<br>TRIAD HOSPITAL, INC. d/b/a MEDICAL<br>PARK HOSPITAL, SIGNATURE<br>HOSPITAL L.L.C. d/b/a MEDICAL PARK<br>HOSPITAL, COLUMBIA/HCA HEALTHCARE<br>CORP., d/b/a MEDICAL PARK HOSPITAL and<br>HCA, INC., d/b/a MEDICAL PARK HOSPITAL | DEFENDANTS |

## ORDER

The Court's Order of January 17, 2008 (Doc. 59) granted Defendant Daniel F. Umoh's Motion to Dismiss Appeal and Motion for Certification for Interlocutory Appeal Under 28 U.S.C. § 1292(b).  Now before the Court is Separate Defendant Medical Park Hospital, LLC's Motion to Join Defendant Umoh's Motion for Certification and Motion for Stay.  (Doc. 60).  The Court has broad discretion to stay proceedings when appropriate to control its docket.  *Sierra Club v. U.S. Army Corps of Engineers*, 446 F.3d 808, 816 (8th Cir. 2006)(citing *Clinton v. Jones*, 520 U.S. 681, 706, 117 S.Ct. 1636, 137 L.Ed.2d 945 (1997)).  Upon review, the Court is satisfied that good cause has been shown, and, accordingly, Separate Defendant Medical Park Hospital, LLC's Motion to Join Defendant Umoh's Motion for Certification and Motion for Stay should be and hereby is **GRANTED**.  Proceedings in this matter are hereby **STAYED** pending interlocutory appeal.

**IT IS SO ORDERED**, this 28th day of January, 2008.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge